# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| CHARLES T. SEYMOUR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV410-090 |
| TED PHILBIN, *Deputy Warden of Care and Treatment*; WARDEN ORR, *Deputy Warden of Security*; DR. ROIMIN, *Psychiatrist at Valdosta State Prison*; MR. ANDERSON, *Mental Health Counselor*; MS. NICKLE, *Mental Health Counselor*; LISA SHOF, *Advocate - Mental Health Counselor*; ANN DASHER, *Assistant Mental Health Unit Manager*; LT. RIDAHL, *Lieutenant Officer*; NURSE FRAZIER, *Nurse Valdosta State Prison*; OFFICER BLANTON, *Correctional Officer Valdosta State Prison*; OFFICER BENNETT, *Correctional Officer Valdosta State Prison*; and OFFICER ROBERTS, *Correctional Officer Valdosta State Prison*; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## **REPORT AND RECOMMENDATION**

Civil rights plaintiff Charles T. Seymour has submitted for filing a 42 U.S.C. § 1983 complaint concerning allegations of government misconduct arising at Valdosta State Prison, which is in the Middle District of Georgia.

(Doc. 1.) Since his claims arise from events that transpired in Valdosta State Prison and the defendants are located there, the proper forum for the action is in the Middle District of Georgia, Valdosta Division. 28 U.S.C. § 1391(b) (venue); 28 U.S.C. § 1406 (permitting district courts to dismiss or transfer cases suffering from venue defects); 28 U.S.C. § 90 (establishing districts and divisions for Georgia's federal courts). Accordingly, this case should be transferred to the Valdosta Division of the United States District Court for the Middle District of Georgia for all further proceedings.

**SO REPORTED AND RECOMMENDED** this 22nd day of April, 2010.

/s/ G.R. Smitt
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA