FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2011 MAY 12 AM 11: 51
CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| CHARLES T. SEYMOUR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV410-090 |
| ) | |
| TED PHILBIN, *Deputy Warden of* ) | |
| *Care and Treatment*; WARDEN ORR, ) | |
| *Deputy Warden of Security*; DR. ) | |
| ROIMIN, *Psychiatrist at Valdosta* ) | |
| *State Prison*; MR. ANDERSON, ) | |
| *Mental Health Counselor*; MS. ) | |
| NICKLE, *Mental Health Counselor*; ) | |
| LISA SHOF, *Advocate - Mental Health* ) | |
| *Counselor*; ANN DASHER, *Assistant* ) | |
| *Mental Health Unit Manager*; LT. ) | |
| RIDAHL, *Lieutenant Officer*; NURSE ) | |
| FRAZIER, *Nurse Valdosta State* ) | |
| *Prison*; OFFICER BLANTON, ) | |
| *Correctional Officer Valdosta State* ) | |
| *Prison*; OFFICER BENNETT, ) | |
| *Correctional Officer Valdosta State* ) | |
| *Prison*; and OFFICER ROBERTS, ) | |
| *Correctional Officer Valdosta State* ) | |
| *Prison*; ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation

of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 12 day of May, 2010.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA